**Opinion issued March 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00111-CR

———————————

**TRUETT DWAYNE DRAKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 426th District Court**
**Bell County, Texas**
**Trial Court Case No. 65325**

---

## MEMORANDUM OPINION

Appellant, Truett Dwayne Drake, has filed a "Waiver of Appeal," stating he does not wish to purse an appeal. The Court construes the document filed by appellant as a motion to dismiss the appeal. The motion is signed by appellant and his attorney, in compliance with Texas Rule of Appellate Procedure 42.2(a). *See*

TEX. R. APP. P. 42.2(a).  No opinion has issued, and more than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish.  TEX. R. APP. P. 47.2(b).